UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

        Plaintiff,

    v.

F. MEZA, et al.,

        Defendants.

        No. C 12-0021 PJH (PR)

**ORDER FOR PLAINTIFF TO SHOW CAUSE**

    This is a pro se civil rights complaint under 42 U.S.C. § 1983 filed by a state prisoner. A prisoner plaintiff, such as plaintiff here, may not bring a civil action or appeal a civil judgment in forma pauperis "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). "Section 1915(g)'s cap on prior dismissed claims applies to claims dismissed both before and after the [PLRA's] effective date." *Tierney v. Kupers*, 128 F.3d 1310, 1312 (9th Cir 1997).

    It appears that plaintiff has had at least four cases previously dismissed as frivolous, malicious, or for failure to state a claim. These are: *Berringer v. Salinas Valley State Prison*, C 06-0270 CW (PR) (N.D. Cal. Jan. 8, 2008 (dismissal for failure to state a claim); *Berringer v. Salinas Valley State Prison Kitchen Staff*, C 06-2839 CW (PR) (N.D. Cal. Nov. 1, 2006) (dismissing duplicative complaint as abusive); *Berringer v. Chaverine*, C 06-5832 CW (PR) (N.D. Cal. Nov. 1, 2006) (dismissing duplicative complaint as abusive); *Berringer*

*v. California Department of Corrections*, C 07-3353 (N.D. Cal. July 13, 2007) (dismissing duplicative complaint as abusive).

Plaintiff shall show cause within thirty days of the date this order is served why leave to proceed IFP should not be denied because of the "strikes" identified above. If he does not respond or is unable to demonstrate that two or more of the cases listed above should not be considered strikes, leave to proceed in forma pauperis will be denied.

**IT IS SO ORDERED.**

Dated:  March 26, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\BERRINGER0021.OSC-P.wpd